UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
HOUSING RIGHTS INITIATIVE,

                                Plaintiff,

      v.

COMPASS, INC.; 65 BERGEN LLC; THE STRATFORD LLC; CORCORAN GROUP LLC; PROSPECT OWNERS CORP; BOLD LLC; RING DING LLC; E REALTY INTERNATIONAL CORP.; JACKSON HT. ROOSEVELT DEVELOPMENT II, LLC; MORGAN ROSE REALTY, LLC; BTG LLC; M Q REALTY LLC; EVA MANAGEMENT LLC; ERIC GOODMAN REALTY CORP.; 308 E 90TH ST. LLC; ROSA MAGIAFREDDA; NEW GOLDEN AGE REALTY INC/, D/B/A CENTURY 21 NEW GOLDEN AGE REALTY, INC.; CHAN & SZE REALTY INCORPORATED; PETER CHRIS MESKOURIS; HELL'S KITCHEN, INC.; MYEROWTZ/SATZ REALTY CORP.; PD PROPERTIES LLC; SMART MERCHANTS INCORPORATED; COLUMBUS NY REAL ESTATE INC; LIONS GATE NEW YORK LLC; MATTHEW GROS WERTER; 780 RIVERSIDE OWNER LLC; ATIAS ENTERPRISES INC.; PARK ROW (2ST AVE.) LTD.; VORO LLC; PSJ HOLDING LLC; WINZONE REALTY INC.; CAMBRIDGE 41-42 OWNERS CORP.; RAY-HWA LIN; JANE H. TSENG; ALEXANDER HIDALGO REAL ESTATE, LLC; EAST 89TH ASSOCIATES, LLC; PALEY MANAGEMENT CORP.; MAYET REALTY CORP. NATURAL HABITAT REALTY INC.; CHELSEA 251 LLC; HOME BY CHOICE LLC; HAMILTON HEIGHTS ASSOCIATES, LLC; JRL-NYC, LLC; EAST 34TH

                                Case No.: 21-cv-2221

                                ECF Case

STREET, LLC; BRITTBRAN REALTY, LLC, MANHATTAN REALTY GROUP; WEGRO REALTY CO; JM PRESTON PROPERTIES, LLC; 1369 FIRST AVENUE, LLC; 931-955 CONEY ISLAND AVE. LLC; BEST MOVE REALTY; FORTUNE GARDENS, INC.; URBAN REAL ESTATE PROPERTY GROUP, INC.; 348 EAST 62ND LLC; JAN REYNOLDS REAL ESTATE; 83RD STREET ASSOCIATES LLC; FIRSTSERVICE REALTY NYC, INC.; TENTH MANHATTAN CORP.; 3LOCATION3.CO REALTY, LLC; 469 CLINTON AVE REALTY LLC; 718 REALTY INC.; DOUBLE A PROPERTY ASSOCIATES-CRESTION ARMS LLC; GUIDANCE REALTY CORP.; COL, LLC; BEST SERVICE REALTY CORP.; CHANDLER MANAGEMENT, LLC; MTY GROUP, INC.; 165TH ST. REALTY, LLC; CHARIE PROPERTIES LLC; ELEBEN YAU MEI WONG 532 LLC; JOHN O'KELLY REAL ESTATE INC.; LANDE REALTY 2010, LLC; FAMGROUP; 1515 LEXINGTON AVENUE ASSOCIATES, LLC; ALPINE REALTY; VERGA ASSOCIATES LLC; MAZ GROUP NY LLC; 449 WEST 56TH ASSOCIATES L.P.; R NEW YORK REAL ESTATE LLC; GIM REALTY LLC; ORTHARD PLAZA LLC; RENTIKO INC.; 3095 30 LLC; AVENUE REAL ESTATE LLC; 165 HESTER CORPORATION; SALDO PROPERTIES, LLC; 1380 FIRST OWNERS CO., L.P.;

Defendants.
------------------------------------------------------------------------X

## ANSWER

Defendant, **VORO LLC**, by and through their attorneys, **PENINO & MOYNIHAN, LLP** as and for their Answer to the Complaint herein, sets forth the following:

## JURISDICTION AND VENUE

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "1", "2" and "3" of the complaint and respectfully refers all questions of law and ultimate fact to the trial court during the course of trial.

## PARTIES

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "4", "5", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "35", "36", "37", "38", "39", "40", "41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57", "58", "59", "60", "61", "62", "63", "64", "65", "66", "67", "68", "69", "70", "71", "72", "73", "74", "75", "76", "77", "78", "79", "80", "81", "82", "83", "84", "85", "86", "87", "88", "89", "90" and "91" of the complaint and respectfully refers all questions of law and ultimate fact to the trial court during the course of trial.

3. Admits the allegations contained in paragraph "34" of the complaint.

## BACKGROUND

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "92", "93", "94", "95", "96", "97", "98", "99", "100", "101", "102", "103", "104", "105", "106", "107", "108", "109" and "110" of the complaint and respectfully refers all questions of law and ultimate fact to the trial court during the course of trial.

## FACTUAL ALLEGATIONS

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "111", "112", "113", "114", "117", "118", "119", "120", "121", "177", "181", "182", "186", "187" and "188" of the complaint.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "115", "122', "123", "124", "125", "126", "127", "128", "129", "130", "131", "132", "133", "134", "135", "136", "138", "139", "140", "141", "142", "143", "144", "145", "146", "147", "148", "149", "150", "151", "152", "153", "154", "155", "156", "157", "158", "159", "160", "161", "162", "163", "164", "165", "166", "167", " of the complaint and respectfully refers all questions of law and ultimate fact to the trial court during the course of trial.

7. Denies the allegations contained in paragraphs "116", "137", "168", "169", "170", "171", "172", "173", "174", "175", "176", "178", "179", "180", "183", "184", "185", "189", "190", "191" and "192" of the complaint.

## HARM TO HRI AND THE COMMUNITIES IT SERVES

8. Denies the allegations contained in paragraphs "193", "196", "197", "198" and "199" of the complaint.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 194" and "195" of the complaint.

## AS AND FOR AN ANSWER TO THE
## FIRST CLAIM FOR RELIEF

10. Repeats and reiterates the answers to each and every allegation contained in paragraphs "1" through "199" of the complaint as if more fully set forth at length herein.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "201", "202" and "203" of the complaint and respectfully refers all questions of law and ultimate fact to the trial court during the course of trial.

12. Denies the allegations contained in paragraphs "204", "205", "206", "207" and "208" of the complaint.

<b><u>AS AND FOR AN ANSWER TO THE<br>SECOND CLAIM FOR RELIEF</u></b>

13. Repeats and reiterates the answers to each and every allegation contained in paragraphs "1" through "208" of the complaint as if more fully set forth at length herein.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "210", "211" and "212" of the complaint and respectfully refers all questions of law and ultimate fact to the trial court during the course of trial.

15. Denies the allegations contained in paragraphs "213", "214", "215", "216" and "217" of the complaint.

<b><u>AS AND FOR AN ANSWER TO THE THIRD<br>CLAIM FOR RELIEF</u></b>

16. Repeats and reiterates the answers to each and every allegation contained in paragraphs "1" through "217" of the complaint as if more fully set forth at length herein.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "219" of the complaint.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "220", "221 and "222" of the complaint and respectfully refers all questions of law and ultimate fact to the trial court during the course of trial.

19. Denies the allegations contained in paragraphs "223", "224", "225" and "226" of the complaint.

### AS AND FOR AN ANSWER TO THE FOURTH
### CLAIM FOR RELIEF

20. Repeats and reiterates the answers to each and every allegation contained in paragraphs "1" through "226" of the complaint as if more fully set forth at length herein.

21. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "228", "229", "230" and "231" of the complaint and respectfully refers all questions of law and ultimate fact to the trial court during the course of trial.

22. Denies the allegations contained in paragraphs "232", "233" and "235" of the complaint.

23. Denies the allegations contained in paragraph "234" of the complaint and respectfully refers all questions of law and ultimate fact to the trial court during the course of trial.

### AS AND FOR AN ANSWER
### TO THE PRAYER FOR RELIEF

24. Denies the allegations contained in paragraphs "a", "b", "c", "d", "e", "f", "g" and "h" of the WHEREFORE clause of the complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

25. Upon information and belief, in the event that a judgement is rendered against the answering defendant, he shall not be responsible for more than his proportionate share of liability.

**WHEREFORE**, the defendant, **VORO LLC,** demands judgment dismissing the Complaint herein as to said defendant and further demands that the ultimate rights of the defendant be determined in this action and that the answering defendant has judgment over and against the co-defendants, for all, or alternatively that portion of any verdict or judgment which may be

obtained by plaintiff against said defendant, to the extent that the responsibility of the aforesaid co-defendants contributed hereto, together with the costs and disbursements of this action.

DATED: White Plains, New York
April 13, 2021

**Respectfully submitted,**

**PENINO & MOYNIHAN, LLP**

BY: **/s/ Henry L. Liao**
**HENRY L. LIAO (HL-0831)**
Attorneys for Defendant
**VORO LLC**
1025 Westchester Avenue, Suite 403
White Plains, New York 10604
(914) 949-6996
File No.: 60-4776

**TO:** **ALL PARTIES**