Housing Rights Initiative,

                        Plaintiff,

                -against-

Compass, Inc., et al.,

                        Defendants.

**AFFIDAVIT OF SERVICE**

Civil Action No. 1:21-cv-02221-SHS

State of New York )
               ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That on April 19, 2021 at approximately 1:45 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law:  Summons in a Civil Action and Complaint with Civil Cover Sheet, that the party served was 83rd Street Associates LLC, a domestic limited liability company, one of the defendants in this action,  by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Colleen Banahan, a white female with brown hair, being approximately 36-45 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

*Edward J Bowmaker*

Edward J. Bowmaker

Sworn to before me this _19_ day of April, 2021

*Meagan E. McGraw*

Meagan E. McGraw
Notary Public — State of New York
Qualified in Albany County
Registration No. 01MC6399665
Commission Expires: 10-28-2023