# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | |
|---|---|
| Housing Rights Initiative<br>*Plaintiff*<br>v.<br>Eleben Yau Mei Wong 532 LLC<br>*Defendant* | ) ) ) ) ) Case No. 21-cv-02221 (SHS) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eleben Yau Mei Wong 532 LLC

Date:  05/13/2021

*Attorney's signature*

Catherine A. Helwig
*Printed name and bar number*

KUCKER MARINO WINIARSKY & BITTENS LLP
747 THIRD AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10017

*Address*

chelwig@kuckermarino.com
*E-mail address*

(212) 869-5030
*Telephone number*

(212) 944-5818
*FAX number*