AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE, *Plaintiff* v. COMPASS, INC., et. al. *Defendant* | Case No. 21-cv-2221(SHS) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PETER CHRIS MESKOURIS and HELL'S KITCHEN, INC.

Date:   05/27/2021

/s/ Nicholas T. Petratos
*Attorney's signature*

Nicholas T. Petratos
*Printed name and bar number*

3403 Broadway, Suite 201
Astoria, New York 11106
*Address*

n.petratos@paschalidislaw.com
*E-mail address*

(718) 777-2477
*Telephone number*

(718) 777-2462
*FAX number*