UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HOUSING RIGHTS INITIATIVE**<br><br>　　　　　　**Plaintiff,**<br>　　v.<br><br>**COMPASS, INC., et al.,**<br><br>　　　　　　**Defendants**. | Case No. 21-cv-02221-SHS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT COL, LLC.

Plaintiff, Housing Rights Initiative, though their undersigned counsel, hereby dismiss all claims against Defendant COL, LLC in the above-captioned action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or fees assessed against either Party. This notice is not intended to have any effect on Plaintiff's claims against any other Defendant in this civil action.


Dated: August 17, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Rachel Nadas_____
　　　　　　　　　　　　　　　　　　　　　　　Rachel Nadas, admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　　　　　　Matthew K. Handley
　　　　　　　　　　　　　　　　　　　　　　　Handley Farah & Anderson PLLC
　　　　　　　　　　　　　　　　　　　　　　　200 Massachusetts Avenue NW – 7th Floor
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 899-2991
　　　　　　　　　　　　　　　　　　　　　　　Email: rnadas@hfajustice.com

　　　　　　　　　　　　　　　　　　　　　　　George F. Farah
　　　　　　　　　　　　　　　　　　　　　　　Handley Farah & Anderson PLLC
　　　　　　　　　　　　　　　　　　　　　　　33 Irving Place
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10013

Phone: (202) 477-8090
Email: gfarah@hfajustice.com

Robert Desir
Judith Goldiner
Lilia Toson
Samuel Frizell, *pro hac vice* forthcoming
Legal Aid Society
199 Water Street
3rd Floor
New York, NY 10038
Handley Farah & Anderson PLLC
Phone: (646) 581-7506
Email: rrdesir@legal-aid.com

*Counsel for Plaintiff Housing Rights Initiative*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021, I filed the foregoing document with the Court's CM/ECF system, which will serve all counsel of record in this matter.

           /s/ Rachel Nadas