UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMPASS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | No. 21-cv-2221 (SHS)<br><br>**NOTICE OF MOTION FOR A<br>MORE DEFINITE STATEMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant 1380 First Owners Co., L.P.'s ("Defendant") Motion for a More Definite Statement, and all pleadings and proceedings heretofore had before this Court, Defendant, by and through its undersigned attorneys, Venable LLP, will move this Court at the United States District Court for the Southern District of New York, 500 Pearl St., New York, New York 10007, on such date and at such time as the Court designates, for an Order, pursuant to Federal Rule of Civil Procedure 12(e), for a more definite statement and other relief as the Court deems proper.

Dated: New York, New York
　　　　August 20, 2021

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　VENABLE LLP

　　　　　　　　　　　　　　　　　　By: /s/ Nicholas M. Reiter
　　　　　　　　　　　　　　　　　　Nicholas M. Reiter
　　　　　　　　　　　　　　　　　　Benjamin E. Stockman
　　　　　　　　　　　　　　　　　　Ayelén R. Rodriguez
　　　　　　　　　　　　　　　　　　1270 Avenue of the Americas, 24th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　Telephone: (212) 307-5500

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant 1380 First Owners Co., L.P.*