JOSEPH SALVO
JSALVO@GRSM.COM

JOHN MILLS
JTMILLS@GRSM.COM

**GORDON&REES**
SCULLY MANSUKHANI
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

September 16, 2021

**VIA ECF**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007

Re:   *Housing Rights Initiative v. Bold LLC, et al.*
      **Case No.: 1:21-cv-02221 (SHS)**

Dear Your Honor:

This firm represents the interests of Defendant Bold LLC ("Bold") in the above-referenced matter. We write with the consent of Plaintiff Housing Rights Initiative ("Plaintiff") to respectfully request an extension of time for Bold to answer, move or otherwise respond to the Complaint.

Bold's current deadline to respond to the Complaint is September 20, 2021. Dkt. No. 154. This request is made in order to allow Bold and the undersigned sufficient time to prepare Bold's response to the Complaint and to allow the parties the opportunity to discuss potential resolution of this matter. Thus, we respectfully request that the time for the Bold to answer, move or otherwise respond to the Complaint in this matter be extended up to and including **October 20, 2021**. This is Bold's second request for an extension and does not affect any other scheduled dates. Plaintiff's counsel consents to this request.

We thank the Court for its attention to this matter. Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

/s/ *John Mills*

Joseph Salvo, Esq.
John T. Mills, Esq.

CC:   All parties via ECF

*[Handwritten: 9/17/2021
Request granted.
So ordered
Sidney H. Stein
U.S.D.J.]*