UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOUSING RIGHTS INITIATIVE

　　　　　Plaintiff,

v.

COMPASS, INC., et al.,

　　　　　Defendants.

Case No. 21-cv-02221-SHS

---

## ORDER GRANTING JOINT MOTION FOR DISMISSAL AGAINST DEFENDANT GUIDANCE REALTY CORP.

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant, Guidance Realty Corp.'s Joint Motion for dismissal of all claims against Defendant Guidance Realty Corp. in the above-captioned action without prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED as to Defendant Guidance Realty Corp. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERD.

Dated: New York, New York
　　　　September 27, 2021

_____
United States District Judge Sidney H. Stein