UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

        Plaintiff,

v.

COMPASS, INC., et al.,

        Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT FAMGROUP

Upon consideration of the Joint Motion of Plaintiff Housing Rights Initiative and Defendant Famgroup for dismissal of all claims against Defendant Famgroup in the above-captioned action, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED as to Defendant Famgroup. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERD.

_____
United States District Judge Sidney H. Stein

Dated: New York, New York
      November 3, 2021