UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOUSING RIGHTS INITIATIVE

                 Plaintiff,

v.

COMPASS, INC. et al;

                 Defendants.

21-CV-2221 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    On November 22, 2021, plaintiff filed a Motion for Leave to File an Amended Complaint (ECF No. 255) and no defendant has opposed this motion.

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 255) is granted.
2. Plaintiff shall file its Amended Complaint on or before December 7, 2021.
3. The pending Rule 12 motions to dismiss the original Complaint (ECF No. 1) are dismissed as moot, as is plaintiff's Motion for Extension of Time (ECF No. 260).

Dated: New York, New York
        December 6, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.