UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HOUSING RIGHTS INITIATIVE**<br><br>     **Plaintiff,**<br>  v.<br><br>**COMPASS, INC., et al.,**<br><br>     **Defendants**. | Case No. 21-cv-02221-SHS |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT PETER CHRIS MESKOURIS

Plaintiff, Housing Rights Initiative, though their undersigned counsel, hereby dismisses all claims against Defendant Peter Chris Meskouris in the above-captioned action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or fees assessed against either Party.  This notice is not intended to have any effect on Plaintiff's claims against any other Defendant in this civil action.

Dated:  December 7, 2021       Respectfully submitted,

                     /s/ Rachel Nadas_____
                     Rachel Nadas, admitted *pro hac vice*
                     Matthew K. Handley
                     Handley Farah & Anderson PLLC
                     200 Massachusetts Avenue NW – 7th Floor
                     Washington, DC 20001
                     Phone: (202) 899-2991
                     Email: rnadas@hfajustice.com

                     George F. Farah
                     Handley Farah & Anderson PLLC
                     33 Irving Place
                     New York, NY 10013
                     Phone: (202) 477-8090

Email: gfarah@hfajustice.com

Robert Desir
Judith Goldiner
Lilia Toson
Samuel Frizell
Legal Aid Society
199 Water Street
3rd Floor
New York, NY 10038
Handley Farah & Anderson PLLC
Phone: (646) 581-7506
Email: rrdesir@legal-aid.com

*Counsel for Plaintiff Housing Rights Initiative*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2021, I filed the foregoing document with the Court's CM/ECF system, which will serve all counsel of record in this matter.

                                                   /s/ Rachel Nadas