UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**HOUSING RIGHTS INITIATIVE**

           **Plaintiff,**

   v.

**COMPASS, INC., et al.,**

           **Defendants.**

Case No. 21-cv-02221-SHS

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT PETER CHRIS MESKOURIS

Plaintiff, Housing Rights Initiative, though their undersigned counsel, hereby dismisses all claims against Defendant Peter Chris Meskouris in the above-captioned action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or fees assessed against either Party. This notice is not intended to have any effect on Plaintiff's claims against any other Defendant in this civil action.

Dated: December 7, 2021

Dated: New York, New York
       December 8, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

Respectfully submitted,

/s/ Rachel Nadas
Rachel Nadas, admitted *pro hac vice*
Matthew K. Handley
Handley Farah & Anderson PLLC
200 Massachusetts Avenue NW – 7th Floor
Washington, DC 20001
Phone: (202) 899-2991
Email: rnadas@hfajustice.com

George F. Farah
Handley Farah & Anderson PLLC
33 Irving Place
New York, NY 10013
Phone: (202) 477-8090

Email: gfarah@hfajustice.com

Robert Desir
Judith Goldiner
Lilia Toson
Samuel Frizell
Legal Aid Society
199 Water Street
3rd Floor
New York, NY 10038
Handley Farah & Anderson PLLC
Phone: (646) 581-7506
Email: rrdesir@legal-aid.com

*Counsel for Plaintiff Housing Rights Initiative*