# JACQUELINE MCMICKENS & ASSOCIATES, PLLC

26 COURT STREET
SUITE 1600
BROOKLYN, NEW YORK 11242

TELEPHONE (718) 596-4877
TELECOPIER (718) 596-5009

JACQUELINE MCMICKENS
*MEMBER NY BAR

PHILIP A. SOLOMON
MEMBER NY & NJ BARS

OF COUNSEL
JESSIE WILKINS*

January 6, 2022

**VIA ECF**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Square
New York, NY 10007

**MEMO ENDORSED, p. 2**

Re: Housing Rights Initiative v.
Compass, Inc. et al.
Case no.: 21-cv-02221

Dear Judge Stein:

We represent defendant 3LOCATION3.CO REALTY, LLC; in the above-referenced action. Pursuant to Section 1 (E) of the Court's Individual Practices, we respectfully request an extension of Defendant's time to answer, move, or otherwise respond to Plaintiff's Amended Complaint. The undersigned has returned to the office after being out of the Country from December 17, 2021 to January 3, 2022, and I have not had an opportunity to review the Amended Complaint with our client.

This is the first request by Defendant for an extension to respond to the Amended Complaint and is made without Plaintiff's Consent. Plaintiff, advised on January 5, 2022 "Plaintiff has consented to all counsel indicating that they need additional time due to being impacted by recent illness and requests related to finalizing the memorialization of settlement agreements."

Plaintiff's Amended Complaint was filed on December 9, 2021. Accordingly, we respectfully request the Court extend Defendants' time to answer, move, or otherwise respond to the Amended Complaint from January 7, 2022, to February 4, 2022.

Respectfully submitted,

Jacqueline McMickens, Esq.

cc : All Counsel of Record (via ECF)

Housing Rights Initiative v. Compass, Inc., et al., 21-Cv-2221 (SHS)

The request to respond to the amended complaint by February 4, 2022, is granted.

Dated: New York, New York
January 6, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.