# PICK & ZABICKI LLP
ATTORNEYS AT LAW
369 Lexington Avenue, 12th Floor
New York, New York 10017

Douglas J. Pick
Eric C. Zabicki

Telephone: (212) 695-6000
Facsimile: (212) 695-6007
E-mail: EZabicki@picklaw.net

February 15, 2022

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Housing Rights Initiative v. Compass, Inc., et al. – 21-cv-2221-SHS*

Dear Judge Stein:

My office is counsel to 83rd Street Associates LLC ("83rd Street"), a defendant in the above-captioned case. On January 6 2022, 83rd Street filed a motion (*see* ECF Doc. No. 318)[1] seeking to dismiss the Amended Complaint filed by plaintiff Housing Rights Initiative ("HRI"). On February 7, 2022, HRI filed its opposition papers with respect to the motion. (*See* ECF Doc. No. 395) Pursuant to Your Honor's Order dated December 13, 2021 (*see* ECF Doc. No. 274), 83rd Street is required to file its reply papers, if any, by not later than Monday, February 21, 2022.

Unfortunately, my law partner, Douglas J. Pick, Esq., who is the lead attorney at our firm on this case, took a hard fall on a patch of ice over this past weekend and is experiencing a lot of pain in his back. He will be seeking medical attention this afternoon. Also, I am scheduled to travel with my family out of the country tomorrow and will not return until next week. As a result, we believe that it would be extremely difficult for us to prepare and file 83rd Street's reply papers by the current due date.

In light of the foregoing, we would respectfully request that the date by which 83rd Street's reply papers must be filed be extended by one (1) week to Monday, February 28, 2022. HRI's counsel has confirmed their consent to the extension. This is 83rd Street's first request for such an extension.

Thank you for your attention to this matter.

Respectfully,

Eric C. Zabicki

**Request granted.**

Dated: New York, New York
February 15, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.

cc:   All Parties Via ECF

---

[1] We are in the process of addressing the filing error noted by the Clerk with respect to the motion.