IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE<br><br>*Plaintiff*,<br><br>v.<br><br>COMPASS INC., et al.<br><br>*Defendants*. | **ECF Case**<br>**Civil Action No. 1:21-cv-02221-SHS** |

## CERTIFICATE OF DEFAULT

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiff's request for Certificate of Default Against Defendant for want of answer or other defense, default is hereby entered against Defendant Morgan Rose Realty, LLC.

_____
Clerk, United States District Court