IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>COMPASS INC., et al. )<br>)<br>*Defendants.* )<br>) | **ECF Case**<br>**Civil Action No. 1:21-cv-02221-SHS**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/21/2022 |

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on __March 15, 2021__ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant __Winzone Realty Inc.__ by personally serving __Colleen Banahan__ *and proof of service was therefore filed on* __May 11, 2021__, *Doc. #* __93__.

I further certify that an Amended Complaint was filed in this action on __December 9, 2021__. Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), the Amended Complaint was served by first class mail to defendant __Winzone Realty Inc.__'s last known address, *Doc. #* __271__, *Pg. #* __66__.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       March 21, 2022

RUBY J. KRAJICK
Clerk of Court

By: _____*KMargo*_____
    Deputy Clerk