UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

HOUSING RIGHTS INITIATIVE,              :     21-Cv-2221 (SHS)

            Plaintiff,                    :

            -v-                           :     ORDER

COMPASS, INC., *ET AL.*,                :

            Defendants.                  :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    There will be a status conference by telephone on Friday, March 25, 2022, at 10:00 a.m. The parties shall dial 888-273-3658, and use access code 7004275;

    2.    It is time for this action to move forward in a more orderly fashion. In that regard, the plaintiff is directed to submit a written status report on or before noon on March 24, 2022, setting forth the status of this matter, including, at a minimum, the following information:

        (a) the defendants who have been voluntarily dismissed to date;

        (b) the defendants who remain in the case;

        (c) the defendants who have moved to dismiss the amended complaint or moved for judgment on the pleadings, and the status of those motions (*viz.*, fully briefed on _____, 2022, or the date upon which the motion will be fully briefed);

        (d) the defendants who plaintiff claims have failed to answer or move in response to the amended complaint;

        (e) the defendants for whom the Clerk of Court has issued a Clerk's Certificate of Default; and

        (f) the defendants who have answered the amended complaint and the date of the answer.

Dated: New York, New York
       March 22, 2022

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.