UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE<br><br>        **Plaintiff,**<br> v.<br><br>COMPASS, INC., et al.,<br><br>        **Defendants**. | Case No. 21-cv-2221 |

## PLAINTIFF'S MARCH 23, 2022 STATUS REPORT

Pursuant to this Court's March 22, 2022 Order, Plaintiff submits the following status report regarding *Housing Rights Initiative v. Compass, Inc. et al*., Case No. 21-cv-2221.

Plaintiff filed the original complaint in this matter on March 15, 2021 against eighty-eight (88) Defendants. *See* Dkt. 1. By June 24, 2021, all Defendants had been served with the Complaint in accordance with Federal Rule of Civil Procedure 4 or had waived service of the Complaint.

On December 9, 2021, Plaintiff filed an Amended Complaint. *See* Dkt. 271. The Amended Complaint did not add any new defendants, but did not name the eleven (11) defendants that had been dismissed prior to that date.[1] Accordingly, there were seventy-seven (77) defendants named in the Amended Complaint. Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), the Amended Complaint was served by first-class mail on all defendants who did not have counsel that had entered an appearance in the litigation.

---

[1] Plaintiff did correct the spelling of the name of Defendant Rosa Mangiafridda, who had been named in the original complaint, but her name was spelled incorrectly. Dkt. 268. Ms. Mangiafridda has since been dismissed from the litigation. Dkt. 376.

1

The current status of each of the Defendants is described in detail below. Before providing that detail, Plaintiff offers the following summary:

- Plaintiff has resolved its claims with eighteen (18) of the eighty-eight (88) defendants named in the original Complaint, and those eighteen defendants have been dismissed from this action. As described below, the resolution of many of those claims has included agreements by settling defendants to engage in programmatic reforms that ensure that source-of-income discrimination will not occur in the future. Accordingly, there are seventy (70) remaining defendants.

- Twenty-seven (27) of the remaining defendants have missed their deadline to respond to the complaint, and the clerk has entered a certificate of default as to twenty-three (23) of these defendants.

- Two of the remaining defendants still have time to answer or otherwise respond to the Amended Complaint.

- Thirty-one (31) of the remaining defendants have answered the Amended Complaint.

- Nine of the remaining defendants have moved to dismiss the Amended Complaint; these motions are fully briefed.

- Defendant 1380 First Owners Corp. has moved for a more definite statement; this motion is fully briefed.

- Defendant GIM Realty LLC has filed a motion for judgment on the pleadings in addition to filing an answer; this motion is fully briefed.

- Defendant E Realty International Corp. ("E Realty") has filed an answer to the Amended Complaint and a motion for leave to file a motion to dismiss, plaintiff has responded to this motion but does not know if E Realty plans to reply

- Defendant E Realty has also filed a motion to dismiss all non-appearing defendants, plaintiff has responded to this motion but does not know if E Realty plans to reply.

**I.    Dismissed Defendants**

As of the date of this letter, Plaintiff has resolved its claims with the following eighteen (18) of the eighty-eight (88) defendants named in the original Complaint, each of whom has been dismissed from this action through notice of voluntary dismissal or joint motion.

| Name of Defendant | Date of Dismissal | Docket Number |
|---|---|---|
| Eleben Yau Mei Wong 532 LLC | August 3, 2021 | Dkt. 147 |
| COL, LLC | August 18, 2021 | Dkt. 158 |
| R New York Real Estate LLC | August 18, 2021 | Dkt. 159 |
| Guidance Realty Corp. | September 28, 2021 | Dkt. 212 |
| FamGroup | November 3, 2021 | Dkt. 224 |
| John O'Kelly Real Estate Inc. | November 5, 2021 | Dkt. 227 |
| Lande Realty 2010 LLC | November 5, 2021 | Dkt. 228 |
| Cambridge 41-42 Owners Corp. | November 19, 2021 | Dkt. 238 |
| 1515 Lexington Avenue Associates, LLC | November 24, 2021 | Dkt. 259 |
| Peter Chris Meskouris | December 8, 2021 | Dkt. 266 |
| Hell's Kitchen, Inc. | December 8, 2021 | Dkt. 267 |
| Bold LLC | January 3, 2022 | Dkt. 286 |
| Ring Ding LLC | January 6, 2022 | Dkt. 299 |
| Rosa Mangiafridda | January 31, 2022 | Dkt. 376 |
| Prospect Owners Corp. | February 8, 2022 | Dkt. 397 |
| The Stratford, LLC | February 18, 2022 | Dkt. 416 |
| Compass, Inc. | February 18, 2022 | Dkt. 417 |
| Jan Reynolds Real Estate | March 22, 2022 | Dkt. 519 |

Many of the Defendants with whom Plaintiff has resolved its claims have entered settlement agreements that include a variety of non-monetary, programmatic terms, including higher commissions to agents who rent to voucher holders, dedicated staff to assist with voucher paperwork, training for individuals making leasing policies or interacting with prospective tenants, commitments to non-discrimination policies that explicitly cover source of income, posting signage regarding acceptance of vouchers in public-facing offices, reserving apartments for tenants with vouchers, commitments to training for individuals making leasing decisions or interacting with potential tenants, inclusion of the statement "housing choice vouchers welcome" on advertisements, and development of internal auditing programs.

## II.     Remaining Defendants

Seventy (70) defendants remain in this litigation.  Of those Defendants, twenty-seven (27) have failed to respond to the Amended Complaint and forty-three (43) are actively participating in the litigation (the "Active Defendants").

### A.  Defendants Who Have Failed to Respond to the Amended Complaint

Twenty-seven (27) defendants have failed to answer or otherwise respond to the Amended Complaint.  Of those 27 defendants, Plaintiff has obtained a clerk's certificate of default for the following 23 defendants.

| Name of Defendant | Date of Clerk's Entry of Default | Docket Number Of Clerk's Entry of Default |
|---|---|---|
| Morgan Rose Realty, LLC | March 15, 2022 | Dkt. 441 |
| 780 Riverside Owner LLC | March 21, 2022 | Dkt 493 |
| 718 Realty Inc. | March 21, 2022 | Dkt. 494 |
| 1369 First Avenue, LLC | March 21, 2022 | Dkt. 495 |
| 3095 30 LLC | March 21, 2022 | Dkt. 496 |
| Alpine Realty | March 21, 2022 | Dkt. 497 |
| Best Move Realty | March 21, 2022 | Dkt. 498 |
| Best Service Realty Corp. | March 21, 2022 | Dkt. 499 |
| Brittbran Realty, LLC | March 21, 2022 | Dkt. 500 |
| BTG LLC | March 21, 2022 | Dkt. 501 |
| Chan & Sze Realty Incorporated | March 21, 2022 | Dkt. 502 |
| Charie Properties LLC | March 21, 2022 | Dkt. 503 |
| Chelsea 251 LLC | March 21, 2022 | Dkt. 504 |
| Columbus NY Real Estate Inc. | March 21, 2022 | Dkt. 505 |
| East 34th Street, LLC | March 21, 2022 | Dkt. 506 |
| Fortune Gardens, Inc. | March 21, 2022 | Dkt. 507 |
| JM Preston Properties, LLC | March 21, 2022 | Dkt. 508 |
| JRL-NYC LLC | March 21, 2022 | Dkt. 509 |
| Natural Habitat Realty Inc. | March 21, 2022 | Dkt. 510 |
| Orchard Plaza LLC | March 21, 2022 | Dkt. 511 |
| Rentiko Inc. | March 21, 2022 | Dkt. 512 |
| Smart Merchants Incorporated | March 21, 2022 | Dkt. 513 |
| Winzone Realty Inc. | March 21, 2022 | Dkt. 514 |

The following four defendants have failed to timely answer or otherwise move in response to the Amended Complaint, but Plaintiff has not requested entry of default while Plaintiff continues efforts to resolve its claims:

| Defendant | Deadline To Answer or Otherwise Respond to the Complaint |
|---|---|
| Mayet Realty Corp. | January 14, 2022 (Dkt. 324) |
| Urban Real Estate Property Group | January 7, 2022 (Dkt. 274) |
| 449 West 56th Associates L.P. | January 7, 2022 (Dkt. 274) |
| Matthew Gros Werter | January 7, 2022 (Dkt. 274) |

### B. Active Defendants

Of the forty-three (43) active defendants, the following two still have time to respond to the Amended Complaint:

| Defendant | Deadline To Answer or Otherwise Respond to the Complaint |
|---|---|
| 308 E. 90th St. LLC | March 28, 2022 (Dkt. 445) |
| PSJ Holding LLC | April 11, 2022 (Dkt. 482) |

#### i. Defendants Who Have Answered the Amended Complaint

Of the forty-three (43) active defendants, the following thirty-one (31) have filed an answer to the Amended Complaint:

|  | Name of Defendant | Date of Answer | Docket Number of Answer |
|---|---|---|---|
| 1 | Park Row (1st Ave.) Ltd. | December 27, 2021 | Dkt. 278 |
| 2 | Atias Enterprises Inc. | December 27, 2021 | Dkt. 279 |
| 3 | GIM Realty LLC | January 3, 2022 | Dkt. 285 |
| 4 | E Realty International Corp. | January 5, 2022 | Dkt. 289 |
| 5 | 348 East 62nd LLC | January 6, 2022 | Dkt. 296 |
| 6 | Alexander Hidalgo Real Estate, LLC | January 6, 2022 | Dkt. 297 |
| 7 | East 89th Associates, LLC | January 6, 2022 | Dkt. 298 |
| 8 | New Golden Age Realty Inc. | January 6, 2022 | Dkt. 304 |
| 9 | WeGro Realty Co. | January 6, 2022 | Dkt. 308 |
| 10 | Lions Gate New York LLC | January 6, 2022 | Dkt. 311 |

| | | | |
|---|---|---|---|
| 11 | Myerowtz/Satz Realty Corp. | January 6, 2022 | Dkt. 316 |
| 12 | 65 Bergen LLC | January 6, 2022 | Dkt. 322 |
| 13 | Maz Group NY LLC | January 7, 2022 | Dkt. 326 |
| 14 | Eric Goodman Realty Corp. | January 7, 2022 | Dkt. 328 |
| 15 | Jackson Ht. Roosevelt Development II, LLC | January 7, 2022 | Dkt. 334 |
| 16 | Home By Choice LLC | January 7, 2022 | Dkt. 336 |
| 17 | M Q Realty LLC | January 7, 2022 | Dkt. 342 |
| 18 | Verga Associates LLC | January 7, 2022 | Dkt. 343 |
| 19 | Eva Management LLC | January 7, 2022 | Dkt. 346 |
| 20 | 165th St. Realty, LLC | January 7, 2022 | Dkt. 347 |
| 21 | MTY Group, Inc. | January 7, 2022 | Dkt. 347 |
| 22 | 165 Hester Corporation | January 7, 2022 | Dkt. 349 |
| 23 | Double A Property Associates – Crestion Arms LLC | January 10, 2022 | Dkt. 350 (Amended Answer) |
| 24 | Hamilton Heights Associates, LLC | January 13, 2022 | Dkt. 357 (Amended Answer) |
| 25 | PD Properties LLC | January 21, 2022 | Dkt. 370 |
| 26 | 3Location3.Co Realty, LLC | February 4, 2022 | Dkt. 390 |
| 27 | 469 Clinton Ave. Realty LLC | February 4, 2022 | Dkt. 391 |
| 28 | Paley Management Corp. | February 18, 2022 | Dkt. 419 |
| 29 | Ray-Hwa Lin | March 6, 2022 | Dkt. 434 (Amended Answer) |
| 30 | Jane H. Tseng | March 6, 2022 | Dkt. 434 (Amended Answer) |
| 31 | Chandler Management, LLC | March 7, 2022 | Dkt. 435 |

ii.     **Motion For a More Definite Statement**

Of the forty-three (43) active defendants, one (1) defendant has filed a Motion for More Definite Statement. This Motion is fully briefed:

| Defendant | Docket Number of Motion | Docket of Memo in Support | Docket Number of Opposition | Docket Number of Reply | Date Fully Briefed |
|---|---|---|---|---|---|
| 1380 First Owners Co., L.P. | Dkt. 337 | Dkt. 339 | Dkt. 392 | Dkt. 418 | 2/18/22 |

6

### iii.   Motions To Dismiss the Amended Complaint

Of the forty-three (43) active defendants, nine defendants have filed motions to dismiss the Amended Complaint that remain pending.  These Motions are fully briefed:[2]

| Defendant | Docket Number of Motion | Docket of Memo in Support | Docket Number of Opposition | Docket Number of Reply | Date Fully Briefed |
|---|---|---|---|---|---|
| Voro LLC | Dkt. 305 | Dkt. 365 | Dkt. 393 | Dkt. 422 | 2/21/22 |
| Corcoran Group LLC | Dkt. 312 | Dkt. 314 | Dkt. 393 | Dkt. 431 | 2/28/22 |
| 83rd Street Associates LLC | Dkt. 401 (Corrective filing re: Dkt. 318) | Dkt. 402 (Corrective filing re: Dkt. 318) | Dkt. 395 | Dkt. 424 | 2/25/22 |
| Saldo Properties, LLC | Dkt. 323 | Dkt. 323-4 | Dkt. 394 | Dkt. 413 | 2/18/22 |
| Manhattan Realty Group | Dkt. 329 | Dkt. 329-4 | Dkt. 393, Dkt. 394 | Dkt. 423 | 2/21/22 |
| 931-955 Coney Island Ave. LLC | Dkt. 358 | Dkt. 360 | Dkt. 393 | Dkt. 399 | 2/14/22 |
| Avenue Real Estate LLC | Dkt. 368 | | Dkt. 393 | Dkt. 432 | 3/3/22 |
| FirstService Realty NYC, Inc. | Dkt. 371 | Dkt. 372 | Dkt. 393 | Dkt. 421 | 2/21/22 |
| Tenth Manhattan Corp. | Dkt. 371 | Dkt. 372 | Dkt. 393 | Dkt. 421 | 2/21/22 |

### iv.   Motion for Judgment on the Pleadings

Of the forty-three (43) active defendants, one defendant has filed a Motion for Judgment on the Pleadings.[3]  This motion is fully briefed.

---

[2] Pursuant to the Court's Order February 2, 2022 order (Dkt. 379), Plaintiff responded to the arguments of several defendants in a consolidated response.  *See* Dkt. 393.

[3] GIM Realty, the defendant who filed a motion for judgment on the pleadings, has also filed an answer to the Amended Complaint.

| Defendant | Docket Number of Motion | Docket of Memo in Support | Docket Number of Opposition | Docket Number of Reply | Date Fully Briefed |
|---|---|---|---|---|---|
| GIM Realty LLC | Dkt. 428 | Dkt. 430 | Dkt. 433 | Dkt. 438 | 3/9/22 |

      **v.**      **Motion for Leave to File a Motion to Dismiss the Amended Complaint**

On March 18, 2022 Defendant E Realty filed a Motion for Leave to File a Motion to Dismiss. Dkt. 491. On March 23, 2022 Plaintiff responded to the motion (Dkt. 520), but does not know whether E Realty plans to reply.

      **vi.**      **Motion to Dismiss Non-Appearing Defendants**

On March 21, 2022 Defendant E Realty filed a Motion to Dismiss Non-Appearing Defendants. Dkt. 515. On March 23, 2022 Plaintiff responded to the motion (Dkt. 521), but does not know whether E Realty plans to reply.

Dated: March 23, 2022

Respectfully submitted,

/s/ Matthew K. Handley_____
Matthew K. Handley
Rachel Nadas, admitted *pro hac vice*
Handley Farah & Anderson PLLC
Massachusetts Avenue NW – 7th Floor
Washington, DC 20001
Phone: (202) 559-2411
Email: mhandley@hfajustice.com

/s/ George F. Farah_____
George F. Farah
Handley Farah & Anderson PLLC
33 Irving Place
New York, NY 10003
Phone: (212) 477-8090
Email: gfarah@hfajustice.com

/s/ Robert Desir
Robert Desir
Judith Goldiner
Lilia Toson
Samuel Frizell
Legal Aid Society
199 Water Street
3rd Floor
New York, NY 10038
Phone: (646) 581-7506
Email: rrdesir@legal-aid.org

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed on March 23, 2022 using the Court's CM/ECF system, which will serve it on all counsel of record.

Dated: March 23, 2022                         /s/ Matthew K. Handley_____
                                              Matthew K. Handley