UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE,<br><br>　　　　Plaintiff,<br>　v.<br><br>COMPASS, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02221-SHS |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT PALEY MANAGEMENT CORP.

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant, Paley Management Corp.'s Joint Motion for dismissal of all claims against Defendant Paley Management Corp. in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED WITH PREJUDICE as to Defendant Paley Management Corp. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERD:

Dated: New York, New York
　　　　June 9, 2022

_____
United States District Judge Sidney H. Stein