UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE<br><br>        Plaintiff,<br>v.<br><br>COMPASS, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-02221-SHS |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL AGAINST DEFENDANT MAZ GROUP NY LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant, Maz Group NY LLC's Joint Motion for dismissal of all claims against Defendant Maz Group NY LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Defendant Maz Group NY LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: February 15, 2023
N.Y., N.Y.

United States District Judge Sidney H. Stein