UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

    Plaintiff,

v.

COMPASS, INC., et al.,

    Defendants.

Case No. 21-cv-02221-SHS

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT 65 BERGEN LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Bergen LLC's Joint Motion for dismissal of all claims against Defendant 65 Bergen LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED as to Defendant 65 Bergen LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERD.

_____
United States District Judge Sidney H. Stein

Dated: New York, New York
       February 22, 2023