UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE,<br><br>                    Plaintiff,<br><br>      v.<br><br>COMPASS, INC., et al.,<br><br>                    Defendants. | 21-cv-2221 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

      For the reasons set forth in the Opinion and Order dated February 14, 2023 (ECF No. 580), the motion of defendant Winzone Realty Inc. to dismiss plaintiff's Amended Complaint (ECF No. 535) is HEREBY denied.

Dated: New York, New York
       February 22, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.