UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| HOUSING RIGHTS INITIATIVE, | : | 21-Cv-2221 (SHS) |
| Plaintiff, | : | |
| -v- | : | <u>ORDER</u> |
| COMPASS, INC., *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the last day for all defendants to answer the amended complaint is March 21, 2023.

Dated: New York, New York
      February 27, 2023

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.