UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOUSING RIGHTS INITIATIVE,

                Plaintiff,

      -against-

COMPASS, INC. ET AL.,

                Defendants.

21-cv-2221 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

      The parties are directed to confer and develop a proposed schedule for the remainder of this case and submit it to the Court on or before April 28, 2023.

Dated: New York, New York
       April 18, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J