UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE,

          Plaintiff,

-against-

COMPASS, INC. ET AL.,

          Defendants.

21-cv-2221 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court has received the joint letter dated April 28, 2023 submitted by the parties setting forth their respective positions regarding a case management schedule. (ECF No. 661.) The Court has decided not to bifurcate discovery in this matter.

It is hereby ordered that:

1. The last date for initial disclosures is June 2, 2023;
2. The last date to amend the pleadings and join other parties is September 1, 2023;
3. The last date for fact discovery is December 29, 2023;
4. The last date to disclose the identity of experts is March 1, 2024; and
5. The last date for expert discovery is June 28, 2024.

This action is being referred to Magistrate Judge Barbara Moses for the resolution of any discovery disputes.

Dated: New York, New York
       May 24, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J