UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

        Plaintiff,

v.

COMPASS, INC., et al.,

        Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT 83RD STREET ASSOCIATES LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant 83rd Street Associates, LLC's Joint Motion for dismissal of all claims against Defendant 83rd Street Associates, LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED as to Defendant 83rd Street Associates, LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
August 23, 2023

Sidney H. Stein, U.S.D.J.