JOHN T. MILLS
JTMILLS@GRSM.COM



**MEMO ENDORSED**

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

August 24, 2023

**VIA ECF**
United States Magistrate Judge Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re: Housing Rights Initiative v. Compass Inc. et al
Case No: 21-cv-02221 (SHS) (BCM)

Dear Judge Moses:

This undersigned is withdrawing as counsel to defendant Bold LLC. in the above-referenced action as this case has been dismissed against Bold LLC. A Notice of Voluntary Dismissal was filed on January 3, 2022, Doc. 281.

Joseph Salvo was the partner handling this matter and I was assisting with the day-to-day handling of this case.

I write to respectfully request that the Court remove John T. Mills and Joseph Salvo as attorneys for defendant Bold LLC. in this matter.

We thank the Court for its consideration.

Respectfully Submitted,

*/s/ John T. Mills*

John T. Mills

Application GRANTED. SO ORDERED.
The Clerk of Court is respectfully directed to terminate attorneys Mills and Salvo from the docket.

_____
Barbara Moses
United States Magistrate Judge
August 25, 2023