UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOUSING RIGHTS INITIATIVE

    Plaintiff,

v.

COMPASS, INC., et al.,

    Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANTS JRL-NYC, LLC AND EAST 34TH STREET, LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendants JRL-NYC, LLC's ("JRL-NYC") and East 34th Street, LLC's ("East 34 Street") Joint Motion for dismissal of all claims against Defendants JRL-NYC, LLC and East 34th Street, LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED as to Defendants JRL-NYC, LLC and East 34th Street, LLC ("East 34 Street"). Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
October 5, 2023

*[signature]*
United States District Judge Sidney H. Stein