UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

        Plaintiff,

v.

COMPASS, INC., et al.,

        Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT 1380 FIRST OWNERS CO., L.P.

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant 1380 First Owners Co., L.P.'s Joint Motion for dismissal of all claims against Defendant 1380 First Owners Co., L.P. in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Defendant 1380 First Owners Co., L.P. ("East 34 Street"). Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
October 5, 2023

_____
United States District Judge Sidney H. Stein