UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

          Plaintiff,

v.

COMPASS, INC., et al.,

          Defendants.

Case No. 21-cv-02221-SHS

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT GIM REALTY LLC

Upon consideration of Plaintiff Housing Rights Initiative and Defendant GIM Realty LLC's Joint Motion for dismissal of all claims against Defendant GIM Realty LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED as to Defendant GIM Realty LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
October 5, 2023

_____
United States District Judge Sidney H. Stein