UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE<br><br>               Plaintiff,<br>      v.<br><br>COMPASS, INC., et al.,<br><br>               Defendants. | Case No. 21-cv-02221-SHS |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT VERGA ASSOCIATES LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Verga Associates LLC's Joint Motion for dismissal of all claims against Defendant Verga Associates LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED as to Defendant Verga Associates LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

New York, New York
Dated: 10/31/2023

_____
United States District Judge Sidney H. Stein