UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

        Plaintiff,

v.

COMPASS, INC., et al.,

        Defendants.

Case No. 21-cv-02221-SHS

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT NEW GOLDEN AGE REALTY INC. D/B/A/ CENTURY 21 NEW GOLDEN AGE REALTY, INC.

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant New Golden Age Realty Inc. d/b/a Century 21 New Golden Age Realty Inc. ("New Golden Age Realty")'s Joint Motion for dismissal of all claims against Defendant New Golden Age Realty in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Defendant New Golden Age Realty. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
November 2, 2023

_____
United States District Judge Sidney H. Stein