UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

        Plaintiff,

v.

COMPASS, INC., et al.,

        Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT DOUBLE A PROPERTY ASSOCIATES—CRESTON ARMS LLC

Upon consideration of Plaintiff Housing Rights Initiative and Double A Property Associates—Creston Arms LLC's ("Double A") Joint Motion for dismissal of all claims against Double A in the above-captioned action with prejudice, the Court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Double A. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
November 2, 2023

_____
United States District Judge Sidney H. Stein