UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE,

        Plaintiff,

    v.

COMPASS, INC., et al.,

        Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST DEFENDANT COLUMBUS NY REAL ESTATE INC. AND VACATE CLERK'S CERTIFICATE OF DEFAULT

    Upon consideration of Plaintiff Housing Rights Initiative's motion to dismiss all claims against Defendant Columbus NY Real Estate Inc. ("Columbus NY") in the above-captioned action with prejudice, and to vacate the clerk's certificate of default as to Columbus NY, the Court hereby GRANTS the motion.

    The Clerk of Court is directed to VACATE the certificate of default as to Columbus NY, (ECF No. 505).

    The above-captioned matter is DISMISSED with prejudice as to Columbus NY. Each party is to bear its own costs and fees.

    This Order has no effect on the claims of any other Defendants in the above-captioned matter.

    SO ORDERED.

Dated: New York, New York
       November 28, 2023

United States District Judge Sidney H. Stein