UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

        Plaintiff,

v.

COMPASS, INC., et al.,

        Defendants.

Case No. 21-cv-02221-SHS

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT 165 HESTER CORPORATION

Upon consideration of Plaintiff, Housing Rights Initiative and Defendant 165 Hester Corporation's Joint Motion for dismissal of all claims against Defendant 165 Hester Corporation in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED as to 165 Hester Corporation. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
December 11, 2023

_____
United States District Judge Sidney H. Stein