UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HOUSING RIGHTS INITIATIVE,**<br>      Plaintiff,<br>  v.<br>**COMPASS, INC., et al.,**<br>      Defendants. | Order<br><br>Case No. 21-cv-02221-SHS |

<u>ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST
DEFENDANT ERIC GOODMAN REALTY CORP.</u>

  Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Eric Goodman Realty Corp.'s Joint Motion for dismissal of all claims against Defendant Eric Goodman Realty Corp. in the above-captioned action with prejudice, the court hereby GRANTS the motion.

  The above-captioned matter is DISMISSED with prejudice as to Defendant Eric Goodman Realty Corp. Each party is to bear its own costs and fees. This Order has no effect on the claims against any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
   December 18, 2023

                     *Sidney H. Stein*
                   United States District Judge
                   Sidney H. Stein

[5991337/2]