UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE,<br>                Plaintiff,<br>     v.<br><br>COMPASS, INC., et al.,<br><br>                Defendants. | Order<br><br>Case No. 21-cv-02221-SHS |

ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT 308 E 90th ST. LLC

    Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant 308 E 90th St. LLC's Joint Motion for dismissal of all claims against Defendant 308 E 90th St. LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

    The above-captioned matter is DISMISSED with prejudice as to Defendant 308 E 90th St. LLC. Each party is to bear its own costs and fees. This Order has no effect on the claims against any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
       December 18, 2023

*Sidney H. Stein*
United States District Judge
Sidney H. Stein

27448817.2