UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

        Plaintiff,

v.

COMPASS, INC., et al.,

        Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT 3LOCATION3.CO REALTY LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant 3Location3.co Realty LLC's Joint Motion for dismissal of all claims against Defendant 3Location3.co Realty LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Defendant 3Location3.co Realty LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: 2/8/2024

United States District Judge Sidney H. Stein