UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE,

        Plaintiff,

    -against-

COMPASS, INC., et al.,

        Defendants.

21-CV-2221 (SHS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received plaintiff's letter-motion dated February 7, 2024 (Dkt. 734) seeking leave to take up to two depositions per remaining defendant in this action. Plaintiff's request is GRANTED to the extent that:

1. Plaintiff may take up to two depositions as to defendants 165th St. Realty, LLC; MTY Group, Inc; and 780 Riverside Owner LIC.

2. Plaintiff may take one deposition of each remaining defendant, without prejudice to its right to seek one additional deposition of each such defendant, for good cause shown, on an individualized basis.

The Clerk of Court is respectfully directed to close the motion at Dkt. 734.

Dated: New York, New York
       February 15, 2024

                                     **SO ORDERED.**

                                     **BARBARA MOSES**
                                     **United States Magistrate Judge**