UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE<br><br>            Plaintiff,<br>    v.<br><br>COMPASS, INC., et al.,<br><br>            Defendants. | Case No. 21-cv-02221-SHS |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT ATIAS ENTERPRISES INC.

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Atias Enterprises Inc.'s Joint Motion for dismissal of all claims against Defendant Atias Enterprises Inc. in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Defendant Atias Enterprises Inc. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
       February 22, 2024

_____
United States District Judge Sidney H. Stein