UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOUSING RIGHTS INITIATIVE

    Plaintiff,

v.

COMPASS, INC., et al.,

    Defendants.

Case No. 21-cv-02221-SHS

---

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT 931-955 CONEY ISLAND AVE. LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant 931-955 Coney Island Ave. LLC's Joint Motion for dismissal of all claims against 931-955 Coney Island Ave. LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to 931-955 Coney Island Ave. LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
       February 22, 2024

United States District Judge Sidney H. Stein