**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HOUSING RIGHTS INITIATIVE

Plaintiff,

v.                                                    Case No. 21-cv-02221-SHS

COMPASS, INC., et al.,

Defendants.

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT PARK ROW (1ST AVE.) LTD.

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Park Row (1st Ave.) Ltd.'s Joint Motion for dismissal of all claims against Park Row (1st Ave.) Ltd. in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Park Row (1st Ave.) Ltd. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
February 22, 2024

United States District Judge Sidney H. Stein