UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE,

        Plaintiff,

-against-

COMPASS, INC., et al.,

        Defendants.

21-CV-2221 (SHS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court construes attorney Victor Tsai's letter dated February 22, 2023 (Dkt. 749) as, in part, an application for leave to withdraw as counsel for defendant Winzone Realty Inc. (Winzone).

    Attorney withdrawal applications are governed by Local Civ. R. 1.4, which requires, in relevant part, that "[a]ll applications must be served upon the client." Because attorney Tsai's application does not indicate whether it was served on Winzone, it is hereby ORDERED that, no later than **February 26, 2024**, counsel shall:

1. Serve his withdrawal application on Winzone, together with a copy of this Order; and

2. File proof of such service on the docket, including the name, title, and mailing address of the officer, director or other agent of Winzone upon whom service was made.

    It is further ORDERED that if defendant Winzone wishes to respond to attorney Tsai's application for leave to withdraw, it may do so in the form of a letter (in pdf format, showing the name and signature of its author) emailed to the Court at Moses_NYSDChambers@nysd.uscourts.gov, or in the form of an original letter (with an ink signature) delivered to the Court by mail, courier, or overnight delivery service, addressed to:

    Chambers of the Hon. Barbara Moses
    United States Magistrate Judge
    United States Courthouse
    500 Pearl Street
    New York, NY 10007

Defendant's letter must include **the name and docket number of this case**, and <u>**must be emailed or delivered to the no later than March 4, 2024**</u>. Winzone must also serve a copy of its response on Mr. Tsai (at the same time it submits that response to the Court), but need not serve a copy on plaintiff.

Judge Moses will consider the application at the conference scheduled for **March 5, 2024, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan Courthouse. (*See* Dkt. 748.)

Dated: New York, New York
February 23, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2