UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

         Plaintiff,

  v.

COMPASS, INC., et al.,

         Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT WEGRO REALTY CO

Upon consideration of Plaintiff Housing Rights Initiative and Defendant Wegro Realty Co's Joint Motion for dismissal of all claims against Defendant Wegro Realty Co. in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Defendant Wegro Realty Co. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
      February 26, 2024

_____
United States District Judge Sidney H. Stein