UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

Plaintiff,

v.

COMPASS, INC., et al.,

Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT ALEXANDER HIDALGO REAL ESTATE, LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Alexander Hidalgo Real Estate, LLC's Joint Motion for dismissal of all claims against Alexander Hidalgo Real Estate, LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Alexander Hidalgo Real Estate, LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
March 18, 2024

*[signature]*

United States District Judge Sidney H. Stein