UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

Plaintiff,

v.

COMPASS, INC., et al.,

Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT EAST 89TH ASSOCIATES, LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant East 89th Associates, LLC's Joint Motion for dismissal of all claims against East 89th Associates, LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to East 89th Associates, LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
March 18, 2024

_____
United States District Judge Sidney H. Stein