UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

        Plaintiff,

v.

COMPASS, INC., et al.,

        Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT FIRSTSERVICE REALTY NYC, INC.

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant FirstService Realty NYC, Inc. Joint Motion for dismissal of all claims against FirstService Realty NYC, Inc. in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to FirstService Realty, NYC, Inc. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
March 18, 2024

United States District Judge Sidney H. Stein