UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HOUSING RIGHTS INITIATIVE**<br><br>Plaintiff,<br>v.<br><br>**COMPASS, INC., et al.,**<br><br>**Defendants**. | Case No. 21-cv-02221-SHS |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT E REALTY INTERNATIONAL CORP.**

Upon consideration of Plaintiff Housing Rights Initiative and Defendant E Realty International Corp.'s Joint Motion for dismissal of all claims against Defendant E Realty International Corp. in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED as to E Realty International Corp. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
April 3, 2024

_____
United States District Judge Sidney H. Stein