## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**HOUSING RIGHTS INITIATIVE**

        **Plaintiff,**

   v.

**Case No. 21-cv-02221-SHS**

**COMPASS, INC., et al.,**

        **Defendants**.

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT 165TH ST. REALTY, LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant 165th St. Realty, LLC's Joint Motion for dismissal of all claims against 165th St. Realty, LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to 165th St. Realty, LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
      April 3, 2024

                   United States District Judge Sidney H. Stein