UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOUSING RIGHTS INITIATIVE

    Plaintiff,

v.

COMPASS, INC., et al.,

    Defendants.

Case No. 21-cv-02221-SHS

---

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT WINZONE REALTY INC.

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Winzone Realty Inc.'s Joint Motion for dismissal of all claims against Winzone Realty Inc. in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Winzone Realty Inc. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED:

_____
United States District Judge Sidney H. Stein

Dated: New York, New York
April 8, 2024