UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOUSING RIGHTS INITIATIVE

    Plaintiff,

v.

COMPASS, INC., et al.,

    Defendants.

Case No. 21-cv-02221-SHS

---

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT EVA MANAGEMENT LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Eva Management LLC's Joint Motion for dismissal of all claims against Eva Management LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Eva Management LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED:

Dated: New York, New York
April 8, 2024

United States District Judge Sidney H. Stein