UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOUSING RIGHTS INITIATIVE

    Plaintiff,

v.

COMPASS, INC., et al.,

    Defendants.

Case No. 21-cv-02221-SHS

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT M Q REALTY LLC.

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant M Q Realty LLC's Joint Motion for dismissal of all claims against M Q Realty LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to M Q Realty LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
May 30, 2024

United States District Judge Sidney H. Stein