UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

        Plaintiff,

v.

COMPASS, INC., et al.,

        Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT CORCORAN GROUP LLC

Upon consideration of Plaintiff's, Housing Rights Initiative, and Defendant Corcoran Group LLC's ("Corcoran") Joint Motion for dismissal of all claims against Defendant Corcoran in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED as to Defendant Corcoran. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
May 30, 2024

_____
United States District Judge Sidney H. Stein