UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE,<br>　　　　　　　　Plaintiff,<br>　　v.<br>COMPASS, INC., et al.,<br>　　　　　　　　Defendants. | Order<br><br>Case No. 21-cv-02221-SHS |

ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT 348 E 62ND LLC

　　Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant 348 E 62ND LLC's Joint Motion for dismissal of all claims against Defendant 348 E 62ND LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

　　The above-captioned matter is DISMISSED with prejudice as to Defendant 348 E 62ND LLC. Each party is to bear its own costs and fees. This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
　　　　June 28, 2024

_____
United States District Judge
Sidney H. Stein