UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HOUSING RIGHTS INITIATIVE,** <br>     **Plaintiff,** <br>   v. <br><br> **COMPASS, INC., et al.,** <br><br>     **Defendants**. | Order <br><br> Case No. 21-cv-02221-SHS |

ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT HAMILTON HEIGHTS ASSOCIATES LLC

  Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant HAMILTON HEIGHTS ASSOCIATES LLC's Joint Motion for dismissal of all claims against Defendant HAMILTON HEIGHTS ASSOCIATES LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

  The above-captioned matter is DISMISSED with prejudice as to Defendant HAMILTON HEIGHTS ASSOCIATES LLC. Each party is to bear its own costs and fees. This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated:   8/15/2024

                       *Sidney H. Stein*
                       United States District Judge
                       Sidney H. Stein