```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE,

      Plaintiff,

  -against-

CHANDLER MANAGEMENT, LLC,

      Defendant.

21-CV-2221 (SHS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of (i) plaintiff's letter-motion dated August 12, 2024 (Dkt. 804), requesting a stay of expert discovery pending plaintiff's motion for partial summary judgment, or, alternatively, an extension of the expert discovery deadlines; (ii) defendant Chandler Management, LLC's (Chandler's) responding letter dated August 19, 2024 (Dkt. 810); and (iii) plaintiff's reply dated August 19, 2024. (Dkt. 811.)

Chandler appears to be the sole remaining active defendant in this action. In light of the close of fact discovery on June 26, 2024, and plaintiff's anticipated motion for partial summary judgment, plaintiff's letter-motion is GRANTED to the extent that expert discovery is hereby STAYED pending a decision of plaintiff's motion for partial summary judgment.

No later than **August 30, 2024**, plaintiff shall submit a letter updating the Court as to the status of each defendant (other than Chandler) that has appeared in this action but has not, to date, been dismissed out.[*]

Dated: New York, New York
      August 22, 2024

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**

---

[*] *See, e.g.*, Dkt 118 (appearance by PD Properties LLC); Dkt. 210 (appearance by Jackson Ht. Roosevelt Development II, LLC).