UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

    Plaintiff,

v.

COMPASS, INC., et al.,

    Defendants.

Case No. 21-cv-02221-SHS

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT LIONS GATE NEW YORK LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Lions Gate New York LLC's Joint Motion for dismissal of all claims against Lions Gate New York LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Lions Gate New York LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
August 29, 2024

_____
United States District Judge Sidney H. Stein