UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HOUSING RIGHTS INITIATIVE**<br><br>　　　　　　**Plaintiff,**<br>　　v.<br><br>**COMPASS, INC., et al.,**<br><br>　　　　　　**Defendants**. | Case No. 21-cv-02221-SHS |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT JACKSON HT. ROOSEVELT DEVELOPMENT AND CROSS-CLAIM AGAINST E REALTY INTERNATIONAL

　　Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Jackson Ht. Roosevelt Development II LLC's Joint Motion for dismissal of all claims against Jackson Ht. Roosevelt Development II LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

　　Upon consideration of Defendant Jackson Ht. Roosevelt Development II LLC's and E Realty International Corp.'s Motion for dismissal of the cross claim against E Realty International Corp. in the above-captioned action with prejudice, the court hereby GRANTS the motion.

　　The above-captioned matter is DISMISSED with prejudice as to Defendant Jackson Ht. Roosevelt Development II LLC.  Each party is to bear its own costs and fees.

　　The above-captioned matter is DISMISSED with prejudice as to Jackson Ht. Roosevelt Development II LLC's cross-claim against E Realty International Corp.

　　This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
August 30 2024

*Sidney H. Stein*
United States District Judge Sidney H. Stein