UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOUSING RIGHTS INITIATIVE

    Plaintiff,

v.

COMPASS, INC., et al.,

    Defendants.

Case No. 21-cv-02221-SHS

---

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST ~~DEFENDANT JACKSON HT. ROOSEVELT DEVELOPMENT AND CROSS-CLAIM AGAINST E REALTY INTERNATIONAL~~ Defendant PD Properties LLC

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant, PD Properties LLC's, Joint Motion for dismissal of all claims against PD Properties LLC in the above-captioned action with prejudice, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Defendant PD Properties LLC. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
October 31, 2024

_____
United States District Judge Sidney H. Stein