**THE
LEGAL AID
SOCIETY
CIVIL**

# MEMO ENDORSED

49 Thomas Street, Floor 5
New York, NY 10013
(212) 577-3300
https://www.legalaidnyc.org/

Tel: 212-298-5233
EWHenley@legal-aid.org

November 6, 2024

Alan Levine
*President*

Hon. Sidney Stein
500 Pearl Street
New York, New York 10007

Twyla Carter
*Attorney-in-Chief
Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
Civil Practice

Re:    Housing Rights Initiative v. Compass, Inc., 1:21-CV-02221
       Motion for Partial Summary Judgment against Chandler
       Management, LLC

Dear Judge Stein:

Plaintiff and Defendant Chandler Management have reached an agreement resolving Plaintiff's claims in this case, including the pending motion for partial summary judgment against Chandler Management.

Plaintiff respectfully requests that the Court permit it to withdraw the pending motion for summary judgment (ECF Doc. No. 818) as moot. Counsel for Chandler Management consents to this request.

The agreement provides that the parties will jointly move for dismissal of Plaintiff's claims against Chandler Management once Chandler Management performs under the settlement agreement.

Respectfully submitted,

/s/ Evan Henley

cc:    All counsel of record via ECF

**Plaintiff's request to withdraw the pending motion for summary judgment [Doc. No. 818] is granted. The Clerk of Court is directed to terminate the motion.**

**Dated: New York, New York**
     **November 12, 2024**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

**Justice in Every Borough.**