UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOUSING RIGHTS INITIATIVE<br><br>Plaintiff,<br><br>v.<br><br>COMPASS, INC., et al.,<br><br>Defendants. | Case No. 21-cv-02221-SHS |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANTS RAY-HWA LIN AND JANE H. TSENG

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendants Ray-Hwa Lin and Jane H. Tseng, Joint Motion for dismissal with prejudice of all claims against Ray-Hwa Lin and Jane H. Tseng in the above-captioned action, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Defendants Ray-Hwa Lin and Jane H. Tseng. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

Dated: New York, New York
February 12, 2025

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.