UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

HOUSING RIGHTS INITIATIVE,      :    21-Cv-2221 (SHS)

                Plaintiff,    :

         -v-                                  :    ORDER

COMPASS, INC., *ET AL.*,        :

                Defendants.   :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that plaintiff shall file a report on or before June 30, 2025, setting forth the status of the remaining defendants.

Dated: New York, New York
       May 28, 2025

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.