UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSING RIGHTS INITIATIVE

    Plaintiff,

v.

COMPASS, INC., et al.,

    Defendants.

Case No. 21-cv-02221-SHS

### ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT MANHATTAN REALTY GROUP

Upon consideration of Plaintiff, Housing Rights Initiative, and Defendant Manhattan Realty Group's, Joint Motion for dismissal with prejudice of all claims against Manhattan Realty Group in the above-captioned action, the court hereby GRANTS the motion.

The above-captioned matter is DISMISSED with prejudice as to Defendant Manhattan Realty Group. Each party is to bear its own costs and fees.

This Order has no effect on the claims of any other Defendants in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
June 30, 2025

United States District Judge Sidney H. Stein